IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIV |
| v. | ) ) | **COMPLAINT** |
| SONIC DRIVE-IN OF LOS LUNAS, LTD., AND B & B CONSULTANTS, INC. | ) ) ) ) | |
| Defendants. | ) ) ) | **JURY TRIAL DEMAND** |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct alleged unlawful employment practices on the basis of sex and retaliation, and to provide appropriate relief to a class of females who were adversely affected by such practices during their employment with Defendants Sonic Drive-In of Los Lunas, Ltd., and B & B Consultants, Inc., ("Defendants"). The Commission alleges that a class of women were subjected to sexual harassment by a managerial official of Defendants, including, but not limited to, verbal sexual harassment, including sexual comments and innuendo and unwelcome physical touching, which created a hostile work environment for them because of their sex, female. The Commission also alleges that a class of females suffered retaliation in the scheduling of their work hours and other terms, conditions or privileges of their employment because they opposed the manager's unwelcome sexual conduct. Finally, the Commission alleges that a class of females were forced to resign their employment because of the pervasive sexual harassment, the

1

retaliation they experienced, and/or the employer's failure to provide appropriate preventive or remedial relief.

## JURISDICTION AND VENUE

1.Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000e-5 (f)(1) and(3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of New Mexico.

## PARTIES

3.Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.At all relevant times, Defendants have continuously been New Mexico corporations doing business in the State of New Mexico and the City of Los Lunas, and have continuously had at least 15 employees.

5.At all relevant times, Defendants have continuously been and are now employers engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e-(b), (g) and (h).

6.At all relevant times, Defendants Sonic Drive-In of Los Lunas, Ltd., and B & B Consultants, Inc., were a joint employer and/or an integrated enterprise that employed the class of females adversely affected by the unlawful employment practices.

**STATEMENT OF CLAIMS**

7. More than thirty days prior to the institution of this lawsuit, Melissa Garcia filed a charge with the Commission alleging violations of Title VII by Defendants. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least August 2006, Defendants have engaged in unlawful employment practices at their Los Lunas, New Mexico work site in violation of Section 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a) because of sex. These practices include but are not limited, to:

> a) the harassment of a class of female employees, which created a hostile work environment, because of their sex, female;
>
> b) the constructive discharge of a class of female employees as a result of Defendants' discrimination against them because of their sex, female, and Defendants' failure to provide appropriate preventive or remedial relief from the harassment.

9 Since at least August, 2006, Defendants have engaged in unlawful employment practices at their Los Lunas, New Mexico facility in violation of Section 704(a) of Title VII, 42 U.S.C. §§ 2000e-3(a) because of female employees' opposition to what they reasonably perceived as unlawful employment practices. These alleged retaliatory practices include, but are not limited to, reducing work hours, changing work schedules and other interference with the terms, conditions or privileges of their employment. Because of the retaliatory practices, several class members were constructively discharged from their employment

10. The effect of the practices complained of in paragraphs 8-9 above has been to deprive a class of females of equal employment opportunities and otherwise adversely affect their status as employees because of their sex, female.

11. The unlawful employment practices complained of in paragraphs 8-9 above were intentional.

12. The unlawful employment practices complained of in paragraph 8-9 above were done with malice and/or with reckless indifference to the federally protected rights of a class of female employees of Defendants.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants, their officers, agents, servants, employees, successors, assigns and all persons in active concert or participation with it, from engaging in harassment of employees because of sex and any other employment practice which discriminates on the basis of sex.

B. Grant a permanent injunction enjoining Defendants, its officers, agents, servants, employees, successors, assigns, and all persons in active concert or participation with them, from engaging in any employment practice that retaliates against any individual for opposition to perceived unlawful employment practices and/or because the individual has made a charge, testified, assisted or participated in any manner in a Title VII proceeding.

C. Order Defendants to institute and carry out policies, practices and programs which provide equal employment opportunities for women and which eradicate the effects of its past and present unlawful employment practices, including sex discrimination and retaliation.

D. Order Defendants to make whole the class of female employees, by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including, but not limited to, reinstatement and/or front pay in lieu of reinstatement.

E.	Order Defendants to make whole the class of female employees by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 8-9 above, including job search expenses and other pecuniary losses, in amounts to be determined at trial.

F.	Order Defendants to make whole the class of females by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 8-9 above, including, but not limited to, emotional pain, suffering, inconvenience, mental anguish, humiliation, loss of enjoyment of life, and other nonpecuniary losses, in amounts to be determined at trial.

G.	Order Defendants to pay the class of females punitive damages for its malicious and/or reckless conduct described in paragraphs 8-9 above, in amounts to be determined at trial.

H.	Grant such further relief as the Court deems necessary and proper in the public interest.

I.	Award the Commission its costs in this action.

## JURY TRIAL DEMANDED

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 29th day of September 2009.

Respectfully submitted,

JAMES L. LEE
Acting General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 L Street, NW
Washington, D.C.  20507


/s/ Medina for Mary Jo O'Neill
MARY JO O'NEILL
Regional Attorney

/s/ Medina for Sally C. Shanley
SALLY C. SHANLEY
Supervisory Trial Attorney


EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Phoenix District Office
3300 North Central Avenue
Suite 690
Phoenix, Arizona 85012


*Electronically Filed*

/s/ LORETTA MEDINA
Senior Trial Attorney

VERONICA A. MOLINA
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Albuquerque Area Office
505 Marquette NW, Suite 900
Albuquerque, New Mexico 87102
(505) 248-5230

Attorneys for Plaintiff