IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) **CIV 09-953  WJ/ACT** |
| v. | ) ) |
| SONIC DRIVE-IN OF LOS LUNAS LTD. and B&B CONSULTANTS, INC., | ) ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION REQUESTING STAY OF PLAINTIFF EEOC'S RESPONSES TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT (DKT. 3) AND MOTION TO DISMISS (DKT.4)**

Plaintiff, the Equal Employment Opportunity Commission, by and through the undersigned attorneys, moves the Court for an Order staying briefing on Defendants' Motion for Partial Summary Judgment [Dkt. 3] and Defendants' Motion to Dismiss [Dkt. 4].  The grounds for this motion include:

1.  Defendants recently filed a Motion for Leave to Amend Their Pending Motion for Partial Summary Judgment and to Stay Discovery [Dkt. 18].  The outcome of this motion may affect the substance of Defendants' motion for partial summary judgment [Dkt. 3].

2.  Plaintiff EEOC intends to file a Motion for Leave to Amend its Complaint.  The outcome of EEOC's motion to amend will affect Defendants' motion to dismiss [Dkt. 4].

3.  As Defendants' pending motion for partial summary judgment [Dkt. 3] and motion to dismiss [Dkt. 4] will be affected by the outcomes of the parties' motions to amend, it would be

more efficient to deal with the underlying motions once the parties are aware of how their positions on the underlying motions are impacted by the recently filed motions to amend. Otherwise, there will likely be multiple filings and duplicative briefing on the same or similar issues before the Court.

4.  The parties have conferred and Defendants do not oppose a stay of briefing on both their motion for partial summary judgment [Dkt. 3] and their motion to dismiss [Dkt. 4], pending the Court's decisions regarding the parties' respective requests for amendment, including Defendants' Motion for Leave to Amend Their Pending Motion For Partial Summary Judgment and to Stay Discovery [Dkt. 18] and Plaintiff EEOC's Motion to Amend Complaint.

For all of the foregoing reasons, Plaintiff respectfully requests that

a.  The Court stay briefing on Defendants' Motion for Partial Summary Judgment [Dkt. 3] until after the Court rules on Defendants' Motion for Leave to Amend [Dkt. 18].  In the event that Defendants' Motion for Leave to Amend is granted, Plaintiff should have 14 days as calculated pursuant to D.N.M.LR-Civ. 7.4 to respond to Defendants' motion for partial summary judgment as amended.  In the event that Defendant' Motion for Leave to Amend is denied, Plaintiff should have 14 days as calculated pursuant to D.N.M.LR-Civ. 7.4 from the Court's order to respond to the previously-filed motion for partial summary judgment [Dkt 3]; and

b.  The Court stay briefing on Defendants' Rule 12(b) (6) Motion to Dismiss [Dkt. 4] until after the Court rules on Plaintiff's motion for leave to amend its complaint. Upon the Court's ruling, Plaintiff should have 14 days as calculated pursuant to D.N.M.LR-Civ. 7.4 to respond to Defendant's underlying motion to dismiss.

DATED:  June 24, 2010.

          Respectfully submitted,

          MARY JO O'NEILL
          Regional Attorney

          EQUAL EMPLOYMENT OPPORTUNITY
           COMMISSION
          3300 N. Central Ave., Suite 690
          Phoenix, Arizona 85012

          *Electronically Filed*

          *s/s Loretta Medina*

          LORETTA MEDINA
          Senior Trial Attorney

          EQUAL EMPLOYMENT OPPORTUNITY
           COMMISSION
          Albuquerque Area Office
          505 Marquette NW, Suite 900
          Albuquerque, New Mexico 87102

          D. ANDREW WINSTON
          Senior Trial Attorney

          SEAN RATLIFF
          Trial Attorney

          EQUAL EMPLOYMENT OPPORTUNITY
           COMMISSION
          Denver Field Office
          303 E. 17th Avenue, #410
          Denver, CO  80203
          (303) 866-1361
          andrew.winston@eeoc.gov

          Attorneys for Plaintiff

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on June 24, 2010, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Barbara G. Stephenson
Attorney at Law
bgs@sheehansheehan.com
Sheehan & Sheehan, P.A.
40 First Plaza N.W., Suite 740
Post Office Box 271
Albuquerque, New Mexico  87103
Telephone:  (505) 247-0411

Craig R. Annunziata, Illinois Bar No. 6209487
Steve A. Miller, Illinois Bar No. 6243506
FISHER & PHILLIPS LLP
140 S. Dearborn Street, Suite 1000
Chicago, Illinois 60603
Telephone: (312) 346-8061

Attorneys for Defendants


s/s Loretta Medina
Senior Trial Attorney