## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION,**

    **Plaintiff,**

    **v.**                             **No. CIV 09-953 WJ/ACT**

**SONIC DRIVE-IN OF LOS LUNAS LTD. And**
**B&B CONSULTANTS INC.,**

    **Defendants.**


### ORDER ON DEFENDANTS' COMBINED MOTION FOR SANCTIONS

THIS MATTER comes before the Court the Defendants' Combined Motion for Sanctions and Memorandum of Law in Support. [Doc. 32.]  The Court having reviewed the Defendants' Motion, Plaintiff's Response [Doc. 40], as well as the Honorable William Johnson's Memorandum Opinion and Order Granting in Part Defendants' Amended Combined Motion for Partial Summary Judgment [Doc. 44], orders as follows.

**IT IS ORDERED** that Defendants' Combined Motion for Sanctions and Memorandum of Law in Support [Doc. 32] be GRANTED IN PART.  Specifically, the Court adopts Judge Johnson's Memorandum Opinion and Order Granting in Part Defendants' Amended Combined Motion for Partial Summary Judgment which requires

> . . . the EEOC to engage in a court-supervised mediation with Defendants, after the EEOC provides Defendant with all evidence in the EEOC's possession or control supporting its request for compensatory damages as to each remaining class member [and. . . denies] Defendants' request that the EEOC arrange for all remaining class members represented by the EEOC to be present for the mediation . . . [and denies] Defendants request to limit the EEOC to claims on behalf of individuals who were identified during conciliation.

1

[Doc. 44 at p. 15.] The Court will schedule a Rule 16 Settlement Conference by a separate order.

The Court denies the Defendants request for fees and costs.

**IT IS SO ORDERED.**

**ALAN C. TORGERSON**
**United States Magistrate Judge**