IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMNET OPPORTUNITY          )
COMMISSION,                           )
                                      )
                     Plaintiff,       )        CIV 09-953 WJ/ACT
v.                                    )
                                      )
                                      )
SONIC DRIVE-IN OF LOS LUNAS LTD, and  )
B&B CONSULTANTS, INC.,                )
                                      )
                     Defendants.      )
_____)

## AFFIDAVIT OF D. ANDREW WINSTON

        I, Andrew Winston, do swear and affirm based on personal knowledge that:

1.      I was assigned as a trial attorney for the EEOC in the above referenced case in

approximately June 2010.

2.      Pursuant to the Court's Order [Doc. 49], I read Rule 83.9 of the Local Rules of Civil

Procedure for the United States District Court for the District of New Mexico and the "Creed of

Professionalism of the New Mexico Bench and Bar" identified therein.

3.      I will abide by both the letter and the spirit of the Creed of Professionalism.


                                        _____
                                        D. Andrew Winston


SUBSCRIBED AND SWORN to before me on this 28th day of October 2010.


                                        _____
                                        Notary Public


My Commission Expires:_____

My Commission Expires  5/14/2013